J-S47021-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM CLARK, | : | |
| | : | |
| Appellee | : | No. 2172 MDA 2014 |

Appeal from the Judgment of Sentence Entered August 28, 2014,
in the Court of Common Pleas of Dauphin County,
Criminal Division at No(s): CP-22-CR-0002146-2014

BEFORE:  ALLEN, OTT, and STRASSBURGER,* JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED AUGUST 19, 2015**

I agree with the Majority's conclusion that the trial court did not abuse its discretion by rejecting Appellant's weight-of-the-evidence claim. Regarding Appellant's challenge to the discretionary aspects of his sentence, in his Pa.R.A.P. 2119(f) statement, Appellant, in my view, merely presents what amounts to a bald assertion that his sentence is excessive. Thus, he has failed to raise a substantial question worthy of appellate review. *See*, *e.g.*, *Commonwealth v. Fisher*, 47 A.3d 155, 159 (Pa. Super. 2012) ("[A] bald assertion that a sentence is excessive does not by itself raise a substantial question justifying this Court's review of the merits of the underlying claim.").

* Retired Senior Judge assigned to the Superior Court.